**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6760**

ADRIN KENTRAL ROME,

Plaintiff - Appellant,

v.

HAMPTON ROADS REGIONAL JAIL, Correctional Officers; SGT. FREY, Correctional Officer; SGT. MACK, Correctional Officer,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:17-cv-00238-CMH-TCB)

Submitted:  November 17, 2017                    Decided:  November 29, 2017

Before GREGORY, Chief Judge, and MOTZ and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Adrin Kentral Rome, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adrin Kentral Rome appeals the district court's order dismissing his amended 42 U.S.C. § 1983 (2012) civil rights action under 28 U.S.C. § 1915A(b)(1) (2012) for failure to state a claim. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Rome's informal brief does not challenge the bases for the district court's disposition, Rome has forfeited appellate review of the court's order. *See United States v. Holness*, 706 F.3d 579, 592 (4th Cir. 2013); *Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We deny Rome's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*